IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23CV882-GCM

| | |
|---|---|
| JACK JAIMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CEN-MED ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon Plaintiff's Partial Motion to Dismiss Defendant's Fraud Counterclaim pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. No. 13). Defendant filed a notice indicating that it does not intend to file a response in opposition to Plaintiff's Motion. (Doc. No. 15). After reviewing Plaintiff's Motion, the Court is persuaded that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Partial Motion to Dismiss Defendant's Fraud Counterclaim is hereby GRANTED.

Signed: April 22, 2024

Graham C. Mullen
United States District Judge